# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

TOMMY EDDS,
ADC #120578                                                              PLAINTIFF

V.                          1:02CV00017 GH/JTR

ARTHUR BENTLEY, Dr.,
North Central Unit, Arkansas
Department of Correction, et al.                                         DEFENDANTS

## ORDER

Plaintiff has previously been granted permission to proceed *in forma pauperis* in this § 1983 action. *See* docket entry #5. Accordingly, on June 7, 2005, the Court ordered the U.S. Marshals to complete service upon Defendant Dr. Ashraft M. Diab and the other Defendants named in Plaintiff's Third Amended Complaint. *See* docket entry #185. On June 28, 2005, service upon Defendant Diab was returned unexecuted along with a letter explaining that Correctional Medical Services ("CMS"): (1) could not accept service on Defendant Diab's behalf because he is no longer a CMS employee; and (2) did not know Defendant Diab's current whereabouts. *See* docket entry #193. It would be helpful to the Court if CMS would provide the last known private address for Defendant Diab so that service may be completed.

IT IS THEREFORE ORDERED THAT CMS shall file, within eleven days of entry of this Order, a **SEALED** Statement containing the last known private address for Defendant Diab.

Dated this 28th day of July, 2005.

_____
UNITED STATES MAGISTRATE JUDGE