**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

TOMMY EDDS                                                                                      PLAINTIFF

V.                                              1:02CV00017 GH/JTR

MAX MOBLEY, Assistant Medical
Director, Arkansas Department of Correction, et al.                      DEFENDANTS

## ORDER

Plaintiff has filed a Motion for a Preliminary Injunction, a Supporting Brief, and a

Supplemental Motion for a Preliminary Injunction, asking the Court to order that Defendants: (1)

send him to an "offsite neurologist for diagnosis and treatment"; and (2) administer "his [Tylenol-3]

medication as prescribed." *See* docket entries #198 at 2, #199, and #203. The ADC Defendants and

the CMS Defendants have filed separate Responses and Supporting Briefs. *See* docket entries #201,

#202, and #204.

In their Response, the CMS Defendants alleged that Plaintiff's request for injunctive relief

is now moot because they have made arrangements for Plaintiff to see a "back specialist in the

immediate future."[1] *See* docket entry #204. The Court concludes that it would be helpful to the

resolution of the pending Motion if Plaintiff would file a Reply addressing this allegation, and setting

forth whether Plaintiff is now correctly receiving his medication.

IT IS THEREFORE ORDERED THAT Plaintiff shall file, **within eleven days of the entry**

**of this Order**, a Reply containing the information specified in this Order.

---

[1] Additionally, the CMS Defendants allege that, on an unspecified date, they took Plaintiff
to see Dr. Badih Adadah, a neurosurgeon who practices at U.A.M.S. in Little Rock, Arkansas. *See*
docket entry #204. The CMS Defendants further contend that Plaintiff was not examined on that
date because Dr. Adadah was "called to the operating room on an emergency basis." *Id.* at 1.

Dated this 27th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE