**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

TOMMY EDDS                                                                                    PLAINTIFF

v.                                      No. 1:02CV00017 GH/JTR

MAX MOBLEY, Assistant Medical Director,
Arkansas Department of Correction, *et al.*                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's Motion and Supplemental Motion for a Preliminary Injunction (docket entries #198 and #203) are DENIED.

Dated this 28th day of November, 2005.

_____
J. LEON HOLMES *for GEORGE HOWARD, JR.*
UNITED STATES DISTRICT JUDGE